UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL L. OVERTON, C47370,<br><br>Plaintiff. | Case No. 19-cv-06754-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On October 18, 2019, the clerk filed as a new prisoner action a letter from plaintiff complaining of irregularities in connection with his "suitability hearing" at Atascadero State Hospital, among other things. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: December 5, 2019

_____

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTON,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No. 3:19-cv-06754-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Overton ID: C47370
Atascadero State Hospital Unit 31
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: December 5, 2019

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      Lashanda Scott, Deputy Clerk to the
                                      Honorable CHARLES R. BREYER